NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| Diane E. METCALF-LEGGETTE, : | |
| : | |
| Plaintiff, : | Civ. No. 09-5428 |
| : | |
| v. : | ORDER |
| : | |
| PRINCETON UNIVERSITY, : | |
| : | |
| Defendant : | |

THOMPSON, U.S.D.J.,

      This matter comes before the Court upon Plaintiff's Motion for a Temporary Restraining Order ("TRO"), Seth J. Lapidow and Jonathan M. Korn of Blank Rome LLP appearing on behalf of Plaintiff and Peter G. McDonough and Hannah Ross of Princeton University, Office of the General Counsel appearing on behalf of Defendant.  Based upon parties' arguments before the Court and their written submissions, and IT APPEARING that Plaintiff has failed to show that she will suffer irreparable harm if a TRO is not granted,

      It is ORDERED, on this 27th Day of October, 2009, that Plaintiff's Motion for a Temporary Restraining Order is DENIED; and

      It is further ORDERED that the parties shall appear before this Court on January 11, 2009 and be heard as to whether the preliminary injunction prayed for in Plaintiff's Complaint should be granted; and

2

It is further ORDERED that if Plaintiff wishes to file amended motion papers in support of her application, they shall be submitted to the Court and served on opposing counsel via ECF no later than 12:00 p.m. on December 15, 2009; and

It is further ORDERED that Defendant's opposition papers, if any, to Plaintiff's application for a preliminary injunction shall be submitted to the Court and served on opposing counsel via ECF by January 4, 2009; and

It is further ORDERED that no reply brief will be necessary in response to Defendant's opposition, but that such reply may be argued on the return date; and

It is further ORDERED that expedited discovery shall be allowed immediately, to conclude by December 4, 2009.

All other relief sought by Plaintiff is DENIED without prejudice.

*/s/ Anne E. Thompson*

ANNE E. THOMPSON, U.S.D.J.